JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.    **CV 22-8023-JFW(PVCx)**                                    Date: July 20, 2023

Title:      Klauber Brothers, Inc. -v- Urban Outfitters, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    Shannon Reilly                                    None Present
    Courtroom Deputy                           Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                     None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER OF DISMISSAL**

      In the Notice of Settlement filed on July 19, 2023, Docket No. 28, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before September 5, 2023.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until September 5, 2023.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr